IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| LEON JACKSON, JR., | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:03-CV-0191 |
| JO ANNE BARNHART, Commissioner of Social Security, | § § § | |
| Defendant. | § § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and AFFIRMING DECISION OF COMMISSIONER

Plaintiff has appealed the decision of the Commissioner of the Social Security Administration denying plaintiff disability benefits. The United States Magistrate Judge entered a Report and Recommendation on June 1, 2006, recommending therein that the decision of the Commissioner be affirmed. Plaintiff filed objections to the Report and Recommendation on June 15, 2006.

The undersigned United States District Judge has made an independent examination of the record in this case. The undersigned hereby OVERRULES plaintiff's objections to the Report and Recommendation, ADOPTS the Report and Recommendation of the Magistrate Judge, and AFFIRMS the administrative decision of the Commissioner.

IT IS SO ORDERED.

ENTERED this _26th_ day of _June_ 2006.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE